In the Matter of CARL A.G., Appellant, v MYRIAM L.G., Respondent.

In the Matter of MYRIAM L.G., Respondent, v CARL A.G., Appellant.

Submitted January 22, 2007; decided March 22, 2007

Motion, insofar as it seeks leave to appeal from the Appellate Division order that dismissed the appeal from Family Court's order denying a motion to resettle, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of DAVID GARCIA, Appellant, v STATE OF NEW YORK GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Respondent.

Submitted January 16, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHERMAN GREEN, Appellant, v KIMBER MANUFACTURING, INC., Respondent. WORKERS' COMPENSATION BOARD, Respondent.

Submitted January 29, 2007; decided March 22, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

NITZA KEANE, Appellant, v FRANK M. KEANE, Respondent.

Submitted January 22, 2007; decided March 22, 2007

Motion for reargument denied with $100 costs and necessary reproduction disbursements [see 8 NY3d 115].